UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONALD MAURICE KING,

    Petitioner,

v.                                             Case No. 6:05-cv-1591-Orl-19JGG
                                                  (6:04-cr-46-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER OF DISMISSAL**

Petitioner initiated this motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, challenging the judgment of conviction and sentence entered by this Court on August 17, 2004, in case number 6:04-cr-46-Orl-19JGG. Petitioner presently has another section 2255 motion pending in this Court (case number 6:04-cv-1294-Orl-19JGG) in which he is challenging the same judgment of conviction and sentence.

The Court determines that it is inappropriate and a duplication of the Court's efforts for Petitioner to have two pending section 2255 motions in this Court which are challenging the same judgment of conviction and sentence. Petitioner will suffer no prejudice, and judicial economy will be better served, if this case is dismissed and if he is required to prosecute all of his claims challenging the August 17, 2004, conviction and sentence in case number 6:04-cv-1294-Orl-19JGG.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice to the right of Petitioner to challenge the August 17, 2004, conviction and sentence in case number 6:04-cv-1294-Orl-19JGG.

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this 26th day of October, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 10/26
Counsel of Record
Donald Maurice King